PROBATION FORM NO. 34
(1/92)

Report and Order Terminating Probation/ Supervised Release

# United States District Court

FOR THE

## DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
NEW HAVEN, CT

2005 OCT 12 P 3:03

UNITED STATES OF AMERICA

v.

KARANJA THOMAS

Crim. No: 3:00CR000095(PCD)

Re: **Termination of Supervision**

It appearing that the above named had been placed on supervision on July 19, 2005, by the order of the Court and that the **TERM OF SUPERVISED RELEASE** expired on **July 18, 2005**. On May 30, 2005, Mr. Thomas was shot in the chest. He was not arrested nor are there pending cases. He had completed anger management at Community Solutions, was attending school, receiving medical treatment, and involved in the State Court's case against those suspected of shooting him. On June 1, 2005, the Court advised that Mr. Thomas would be allowed complete supervision. It is therefore recommend that the defendant's violation proceedings be terminated and the defendant be discharged from supervision and that supervision be unsatisfactorily terminated.

Respectfully submitted,

Bunita B. Keyes
U. S. Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in this case be terminated.

Dated this 6th day of October, 2005.

The Honorable Peter C. Dorsey
Senior United States District Court Judge